AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Vance, Sarah S | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/7/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 12 A 11: 27 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Practising Law Institute | March 16-18, 2003; Speaker, International Business Litigation and Arbitration; New York, New York; Travel, lodging, meals |
| 2. | American Bar Association | August 8-10, 2003; Annual Meeting (Antitrust Section Committee Liaison); San Francisco, California; Travel, lodging, meals |
| 3. | American Bar Association | August 12-14, 2003; Attended Post-Annual Leadership Conf. (Antitrust Sect. Task Force Mtg.); Vancouver, B.C., Canada; Travel, lodging, meals |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | a. Bank One | Line of Credit | J |
| 2. | b. Citibank | Revolving Credit | K |
| 3. | c. Bank One | Revolving Credit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.       see attached spreadsheets | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. Description of Assets | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) Type | (1) Value Code | (2) Value Method Code | (1) Type | (2) Date | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| IRA #1, Merrill Lynch New Orleans, Louisiana as follows: | | | | | | | | | |
| a. Merrill Lunch Retirement Reserves | A | Dividend | J | T | | | | | |
| b. Lord. Abbett Global FD | A | Dividend | J | T | | | | | |
| c. Putnam International Growth FD CL B | A | Dividend | J | T | | | | | |
| d. Alliance Premier Growth Fund Class B | A | Dividend | J | T | | | | | |
| e. Davis NY Ventures FD B | A | Dividend | J | T | | | | | |
| IRA #2, Rollover Merrill Lynch as follows: | | | | | | | | | |
| a. Merrill Lynch Retirement Reserves | A | Dividend | J | T | | | | | |
| b. Alliance Premier Growth Fund Inc. Class B | A | Dividend | J | T | | | | | |
| c. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | | | | | |
| d. Putnam Health Sciences Trust Class B | A | Dividend | K | T | | | | | |
| e. Putnam International Growth FD CL B | A | Dividend | K | T | | | | | |
| f. Seligman Commun. & Info. FD CL B | A | Dividend | K | T | | | | | |
| g. ML Focus Twenty Fund CL B | A | Dividend | J | T | | | | | |
| h. ML Fundamental Growth B | A | Dividend | J | T | | | | | |
| i. Oppenheimer Global Growth & Income FD CL B | A | Dividend | K | T | | | | | |
| j. John Hancock Large Cap | A | Dividend | K | T | | | | | |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) Value | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amt. Code | Type | Value Code | Value Method Code | Type | Date | Value Code | Gain Code | Identity of buyer/seller |
| k. John Hancock Small Cap | A | Dividend | K | T | | | | | |
| l. ING International Small Cap Growth Fund B (name change) | A | Dividend | J | T | | | | | |
| m. Davis NY Venture FD B | A | Dividend | K | T | | | | | |
| n. Mass Investors Growth Stock Fund Class B | A | Dividend | J | T | | | | | |
| IRA #3, Merrill Lynch, New Orleans, Louisiana as follows: | | | | | | | | | |
| a. Merrill Lunch Retirement Reserves | A | Dividend | J | T | | | | | |
| b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | | | | | |
| c. Alliance Premier Growth Fund Inc. Class B | A | Dividend | J | T | | | | | |
| d. Davis NY Venture FD B | A | Dividend | J | T | | | | | |
| e. Putnam International Growth FD CL B | A | Dividend | J | T | | | | | |
| Profit Sharing Retirement Plan - Fidelity Investments, as follows: | | | | | | | | | |
| a. Low Price Stock Fund | C | Dividend | M | T | | | | | |
| b. Growth & Income Fund | B | Dividend | M | T | | | | | |
| c. Growth Co. Fund | A | Dividend | M | T | | | | | |
| d. Magellan Fund | A | Dividend | K | T | buy | 4/3 | J | | n/a |
| e. Ret Gov't (Money Market Fund) | A | Dividend | L | T | partial sell | 4/3 | K | | n/a |

## VII. INVESTMENTS and TRUSTS (Continued)

| A. Description of Assets | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) Type | (1) Value Code | (2) Value Method Code | (1) Type | (2) Date | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
| f. Note from RPV - (paid off) | D *see above - Ret Gov't Money Market-reflects in part the re-investment of this income | Int. and prin. Pymts. | J | T | | | | | |
| g. Spartan U.S. equity index | A | Interest | L | T | | | | | |
| h. MSIFT - value adviser | C | Dividend | N | T | | | | | |
| I. Janus Worldwide | A | Dividend | M | T | | | | | |
| j. Invesco Small Growth | A | Dividend | L | T | buy | 4/3 | K | | n/a |
| Cash Management Account, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash/CMA Money Fund | A | Dividend | J | T | | | | | |
| b. Hibernia Corporation Common ▮(Gift from ▮▮▮▮) | B | Dividend | L | T | | | | | |
| Child's Trust, Merrill Lynch, New Orleans, Louisiana, as follows: | | | | | | | | | |
| a. Cash/CMA Money Fund | A | Interest | J | T | | | | | |
| b. Lord Abbett Developing Growth FD CL B | A | Dividend | J | T | | | | | |
| c. Putnam International Growth FD CL B | A | Dividend | K | T | | | | | |
| d. Alliance Premier Growth Fund Inc. Class B | A | Dividend | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS (Continued)

| A.<br><br>Description of Assets | B. Income | | C. Gross Value | | D. Transactions During Reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br><br>Amt. Code | (2)<br><br><br>Type | (1)<br>Value<br>Code | (2)<br>Value<br>Method<br>Code | (1)<br><br><br>Type | (2)<br><br><br>Date | (3)<br>Value<br>Code | (4)<br>Gain<br>Code | (5)<br>Identity of<br>buyer/seller |
| e. Davis NY Venture FD B | A | Dividend | K | T | | | | | |
| f. John Hancock Small Cap/Growth Fund CL B | A | Dividend | J | T | | | | | |
| g. ML Global Growth CL B | A | Dividend | J | T | | | | | |
| **Life Insurance - Mass Mutual (name change from Connecticut Mutual) --      * See Part VIII** | | | | | | | | | |
| a. MML Equity Index | | none | J | T | | | | | |
| b. Oppenheimer Aggressive Growth | | none | J | T | | | | | |
| c. Oppenheimer Capital Appreciation | | none | J | T | | | | | |
| d. Oppenheimer Global Securities | | none | J | T | | | | | |
| e. Oppenheimer Growth & Income | | none | J | T | | | | | |
| f. Panorama Growth Division | | none | J | T | | | | | |
| **Checking and Money Market Accounts, Bank One, New Orleans, Louisiana** | A | Interest | K | T | | | | | |
| Bank One Securities Corporation | | | | | | | | | |
| a. Daily Tax Exempt Money FD SH Ben Int | A | Dividend | J | T | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S | 5/7/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Part VII, attachment, p. 4

When Connecticut Mutual merged with Massachusetts Life Ins. Company in 1999, the cash surrender value of the insurance policy on filer's ▓▓▓ was transferred to six separate funds.  The attachment contains amending Part VII information on these funds, which is identical for each of the years 1999, 2000, 2001, and 2002, respectively.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

(amending Part VII information for each of the years 1999, 2000, 2001, and 2002)

| A. Description of Assets | B. Income (1) Amt. Code | (2) Type | C. Gross Value (1) Value Code | (2) Value Method Code | D. Transactions During Reporting Period (1) Type | (2) Date | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| Life Insurance - Mass Mutual (name change from Connecticut Mutual) | | | | | | | | | |
| a. MML Equity Index | | none | J | T | | | | | |
| b. Oppenheimer Aggressive Growth | | none | J | T | | | | | |
| c. Oppenheimer Capital Appreciation | | none | J | T | | | | | |
| d. Oppenheimer Global Securities | | none | J | T | | | | | |
| e. Oppenheimer Growth & Income | | none | J | T | | | | | |
| f. Panorama Growth Division | | none | J | T | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____          Date  5/7/04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544